**Order entered June 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00282-CR
No. 05-13-00284-CR

**SHAWN MARIE HART, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-56023-T, F13-51255-T**

## ORDER

In these cases, appellant raises an issue related to the costs assessed against him. The records, however, do not contain cost bills or other documents with itemized lists of costs assessed in the cases.

Accordingly, we **ORDER** the Dallas County District Clerk to file, within **FIFTEEN DAYS** of the date of this order, supplemental clerk's records containing a detailed itemization of the costs assessed in the cases, including but not limited to, specific court costs, fees, and court appointed attorney fees. We further **ORDER** that the supplemental clerk's records include a document explaining any and all abbreviations used to designate a particular fee, cost, or court appointed attorney fee.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk; the Dallas County District Clerk's Office, Criminal Records Division; and to counsel for all parties.


/s/     DAVID EVANS
           JUSTICE